AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>LAZERO SIMEON<br>*Defendant(s)* | )<br>)<br>) Case No. 19-6363-AOV<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 19, 2018__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1029(a)(2) | Access device fraud of more than $1,000 during any one year time period and affecting interstate and foreign commerce. |
| 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Anthony Arena, Special Agent, USPIS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/30/2019

_____
*Judge's signature*

City and state: Fort Lauderdale, Florida      Honorable Alicia O. Valle, U.S. Magistrate Judge
*Printed name and title*

accounts by pretending to be that individual. The co-conspirator will request to have a new debit card and a personal identification number (PIN) reminder sent to the victim's true address. Since the subjects are not requesting a new PIN, only a PIN reminder, the victim is never alerted to the fraud. Once the cards are sent via the U.S. Mail, the mail is stolen and the stolen debit card and PIN are used to conduct numerous fraud ATM transactions to conduct cash withdrawals.

4. SIMEON was identified through Bank of America's investigative efforts as an individual conducting numerous ATM withdrawals from victim accounts.

5. On or about November 19, 2018, SIMEON was identified on Bank of America ATM surveillance video conducting multiple transactions under the victim account belonging to H.T. using a stolen debit card. Bank of America confirmed that the H.T. account fit the scheme of their on-going investigation. H.T.'s account had an actual loss of $10,000. The transactions occurred between November 19, 2018 at 22:32 hours and November 20, 2018 at 00:14 hours at the Margate, FL Bank of America ATM in Peppertree Plaza.

6. On or about January 15, 2019, SIMEON was identified on Bank of America ATM surveillance video conducting multiple transactions under the victim account belonging to B.E. using a stolen debit card. Bank of America confirmed that the B.E. account fit the scheme of their on-going investigation. B.E.'s account had an actual loss of $2,500.00. The transactions occurred on January 15, 2019 between 22:27 hours and 22:43 hours at the Plantation, FL Bank of America ATM.

7. On or about May 29, 2019, SIMEON was identified on Bank of America ATM surveillance video conducting multiple transactions under the victim account belonging to H.L. using a stolen debit card. Bank of America confirmed that the H.L. account fit the scheme of their on-going investigation. H.L. account had an actual loss of $2,500.00. The transactions occurred on May 29, 2019 between 21:14 hours and 21:20 hours at the West Palm Beach, FL Bank of America ATM.

8. An NCIC check of Simeon revealed that he is on active Federal Probation under the supervision of Federal Probation Officer (FPO) K. Alexander. Contact was made with FPO Alexander and he was sent photos of the Bank of America ATM transactions conducted on November 20, 2018, January 15, 2019, and May 29, 2019. FPO Alexander identified the individual conducting the transactions as SIMEON.

9. Contact was made with victims, H.T., B.E., and H.L. who advised that they were victims of fraud and did not authorize SIMEON to make the withdrawals against their accounts.

10. Bank of America confirmed that their headquarters are located in North Carolina, their banking servers are in Texas, and the debit cards are mailed from either Texas and/or Delaware. This conduct affected interstate foreign commerce.

11. Bank of America is FDIC Insured.

12. Based on the above facts, I submit that there is probable cause to believe that LAZERO SIMEON did knowingly, and with intent to defraud, traffic in and use one or more unauthorized access devices, that is, debit card account numbers issued to other individuals, during any one-year period, and by such conduct did obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(2) and during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(2), did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, in violation of Title 18, United States Code, Section 1028A(a)(1).

FURTHER YOUR AFFIANT SAYETH NAUGHT

_____
ANTHONY ARENA, POSTAL INSPECTOR
UNITED STATES POSTAL INSPECTION SERVICE

Sworn to and subscribed before me this 30th day of July, 2019.

_____
HONORABLE ALICIA VALLE
UNITED STATES MAGISTRATE JUDGE